UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Rhonda Anita McLendon | : | Case No.: 11-55662 |
| | | : | |
| | DEBTOR | : | Judge: JRS |
| | | : | |
| | | : | Chapter: 13 |

## AMENDMENT TO SCHEDULES

COMES NOW the Debtor in the above-styled action and hereby amends her Plan and Schedules as follows:

1. Schedule I is amended as attached.

2. Schedule J is amended as attached.

3. Summary of Schedules is amended as attached.

WHEREFORE, Debtor prays that this Amendment be read and considered and for such other relief as the Court deems just and proper.

Respectfully submitted this 20th day of July, 2012.

_____/s/_____
Carrie Oxendine, Bar No.: 141478
Attorney for Debtor
Berry & Associates
2751 Buford Hwy
Suite 400
Atlanta, Georgia  30324

Case 11-55662-jrs    Doc 69    Filed 07/23/12    Entered 07/23/12 08:35:49    Desc Main
Document        Page 1 of 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Rhonda Anita McLendon                               Case No.:  11-55662

                                                                                   Judge:  JRS

    DEBTOR

VERIFICATION

    Comes now the undersigned and hereby affirm that the information contained in the attached amendment is true and correct to the best of my/our knowledge.

    Respectfully submitted this 20th day of July, 2012.

                                                                                                   _____/s/_____
                                                                                          Rhonda Anita McLendon

B6I (Official Form 6I) (12/07)

In re __Rhonda Anita McLendon_____          Case _____
         Debtor                                                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): granddaughter, Grandson | AGE(S): 4, 5 |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Social Service Tech | |
| Name of Employer | Cobb Douglas Comm Service Board | |
| How long employed | 6 years | |
| Address of Employer | 3830 S. Cobb Drive, Ste 300 | N.A. |
| | Smyrna, GA 30080 | |

INCOME: (Estimate of average or projected monthly income at time case filed)       DEBTOR       SPOUSE

1. Monthly gross wages, salary, and commissions                  $ 1,747.00    $ N.A.
   (Prorate if not paid monthly.)
2. Estimated monthly overtime                                     $ 0.00    $ N.A.
3. SUBTOTAL                                                       $ 1,747.00    $ N.A.
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security                          $ 161.00    $ N.A.
   b. Insurance                                                   $ 106.00    $ N.A.
   c. Union Dues                                            $ 0.00    $ N.A.
   d. Other (Specify:_____)    $ 0.00    $ N.A.

5. SUBTOTAL OF PAYROLL DEDUCTIONS                 $ 267.00    $ N.A.

6.. TOTAL NET MONTHLY TAKE HOME PAY             $ 1,480.00    $ N.A.

7. Regular income from operation of business or profession or farm    $ 0.00    $ N.A.
   (Attach detailed statement)
8. Income from real property                             $ 0.00    $ N.A.
9. Interest and dividends                                  $ 0.00    $ N.A.
10. Alimony, maintenance or support payments payable to the debtor for the
    debtor's use or that of dependents listed above.          $ 0.00    $ N.A.
11. Social security or other government assistance              $ 0.00    $ N.A.
    ( Specify) _____
12. Pension or retirement income                         $ 0.00    $ N.A.
13. Other monthly income _____ $ 0.00    $ N.A.
    (Specify) **Part Time Job** _____ $ 200.00    $ N.A.
14. SUBTOTAL OF LINES 7 THROUGH 13                  $ 200.00    $ N.A.

15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14)    $ 1,680.00    $ N.A.

16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals        $ 1,680.00
    from line 15)

                                                         (Report also on Summary of Schedules and, if applicable,
                                                         on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    None

In re  Rhonda Anita McLendon      Case No. _____
        **Debtor**                         **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)    $ 705.00
      a. Are real estate taxes included?    Yes __✓__ No _____
      b. Is property insurance included?    Yes __✓__ No _____
2. Utilities: a. Electricity and heating fuel    $ 100.00
           b. Water and sewer    $ 20.00
           c. Telephone    $ 44.00
           d. Other cable/internet/security    $ 100.00
3. Home maintenance (repairs and upkeep)    $ 25.00
4. Food    $ 100.00
5. Clothing    $ 10.00
6. Laundry and dry cleaning    $ 5.00
7. Medical and dental expenses    $ 25.00
8. Transportation (not including car payments)    $ 103.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ 0.00
10. Charitable contributions    $ 0.00
11. Insurance (not deducted from wages or included in home mortgage payments)
      a. Homeowner's or renter's    $ 0.00
      b. Life    $ 0.00
      c. Health    $ 0.00
      d. Auto    $ 145.00
      e. Other _____    $ 0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____    $ 0.00
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
      a. Auto    $ 0.00
      b. Other _____    $ 0.00
      c. Other HOA    $ 48.00
14. Alimony, maintenance, and support paid to others    $ 0.00
15. Payments for support of additional dependents not living at your home    $ 0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ 0.00
17. Other _____    $ 0.00
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,    $ 1,430.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data)
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     None
_____
_____

20. STATEMENT OF MONTHLY NET INCOME
      a. Average monthly income from Line 15 of Schedule I    $ 1,680.00
      b. Average monthly expenses from Line 18 above    $ 1,430.00
      c. Monthly net income (a. minus b.)    $ 250.00

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
Northern District of Georgia, Atlanta Division

In re: **Rhonda Anita McLendon**, Debtor

Case No. _____

Chapter: 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | NO | 0 | $ 0.00 | | |
| B – Personal Property | NO | 0 | $ 0.00 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 130,419.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 0 | | $ 60,365.54 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,680.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 1,430.00 |
| **TOTAL** | | 3 | $ 0.00 | $ 190,785.18 | |

# United States Bankruptcy Court
Northern District of Georgia, Atlanta Division

In re    Rhonda Anita McLendon    Case No. _____
            Debtor

Chapter    13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 1,680.00 |
| Average Expenses (from Schedule J, Line 18) | $ 1,430.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,747.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 79,625.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 60,365.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 139,990.54 |

### Certificate of Service

The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of same in a properly addressed envelope with adequate postage thereon and the depositing of same in the United States Mail.

Rhonda Anita McLendon
1472 Riverrock Trail
Riverdale, Georgia  30296

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, Georgia 30303

This the 23rd day of July, 2012.

_____/s/_____
Carrie Oxendine, Bar No.: 141478

BERRY & ASSOCIATES
2751 Buford Hwy, Suite 400
Atlanta, GA 30324
(404) 235-3300